UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

Brenda J. Johnson and
Patricia K. Ormston,

Plaintiff,

vs. ORDER

U.S. Bancorp and U.S. Bancorp
Broad-based Change in Control
Severance Pay Program,

Defendants. Civ. No. 02-799 (PAM/SRN)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 2nd day of August, 2001.

* * *

On August 1, 2002, the undersigned issued an Order setting the above-entitled matter on for a Settlement Conference, for Tuesday, October 22, 2002. On August 2, 2002, this Court was informed that the above-entitled case is still assigned to Magistrate Judge Susan R. Nelson. Accordingly, the Settlement Conference will be stricken from this Court's calendar.

THEREFORE, It is --

FILED AUG 0 2 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

ORDERED:

That the Settlement Conference set for Tuesday, October 22, 2002, at 3:00 p.m., in Minneapolis, Minnesota, shall be, and hereby is, stricken from this Court's calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE