**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Brenda J. Johnson and Patricia K. Ormston,

Plaintiffs,

v.

U.S. Bancorp and U.S. Bancorp Broad-Based Change in Control Severance Pay Program,

Defendants.

Case No. 02-799 (PAM/SRN)

**ORDER**

Based upon the accompanying Stipulation between the parties and for good cause shown, it is hereby **ORDERED**:

1. The deadline for completing discovery shall end on December 1, 2002.

2. All non-dispositive motions shall be served, filed and fully briefed prior to December 1, 2002.

3. All dispositive motions shall be served, filed and fully briefed prior to January 1, 2003.

4. This case shall be deemed ready for trial on February 3, 2003, at which time the case will be placed on the court's trial calendar.

Dated: September 10, 2002

BY THE COURT:

Susan Richard Nelson
United States Magistrate Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Brenda J. Johnson and Patricia K. Ormston,

Plaintiffs,

v.

U.S. Bancorp and U.S. Bancorp Broad-Based Change in Control Severance Pay Program,

Defendants.

Case No. 02-799 (PAM/SRN)

**SCHEDULING STIPULATION**

WHEREAS, this case involves, *inter alia*, Plaintiffs' claims for alleged breach of contract, statutory wages and penalties, and benefits under the U.S. Bancorp Broad-Based Change in Control Severance Pay Program,

WHEREAS, this Court issued a pre-trial schedule dated June 24, 2002 stating that discovery shall terminate on September 1, 2002, that dispositive motions shall be fully briefed prior to October 1, 2002, and that this case shall be ready for trial on November 1, 2002;

WHEREAS, the parties have a dispute concerning the scope of discovery which is appropriate with respect to Plaintiffs' claims for benefits under ERISA and their contract claim, and in July of 2002 Defendants scheduled a motion hearing to resolve such dispute;

WHEREAS, such hearing is scheduled for September 10, 2002, which date is after the original deadline for the end of discovery and after opening briefs would have to be filed for a dispositive motion to meet the October 1, 2002 deadline;

WHEREAS, the pending dispute over the scope of discovery with respect to the ERISA and the contract claims, which are the principle claims in the case, means it is impracticable for the parties to notice or engage in discovery during the originally scheduled discovery period or for the parties to engage in dispositive motion practice;

WHEREAS, there is good cause for the extension of the deadlines outlined in the Court's June 24, 2002 Order.

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs and Defendants, through their respective undersigned attorneys:

1. Subject to this Court's determination concerning the scope of discovery which is appropriate in this matter, the deadline for completing discovery shall end on December 1, 2002.

2. All non-dispositive motions shall be served, filed and fully briefed prior to December 1, 2002.

3. All dispositive motions shall be served, filed and fully briefed prior to January 1, 2003.

4. This case shall be deemed ready for trial on February 3, 2003, at which time the case will be placed on the court's trial calendar.

Dated: August 29, 2002

THOMAS E. GLENNON &
ASSOCIATES, P.A.

By ______________________________
Thomas E. Glennon #124035
4700 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-1498
Telephone: (612) 347-0426
Attorneys for Plaintiffs

Dated: August 29, 2002

DORSEY & WHITNEY LLP

By ______________________________
Stephen P. Lucke #0154210
Andrew J. Holly #308171
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Attorneys for Defendants