**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Brenda J. Johnson and Patricia K. Ormston,

Plaintiffs,

v.

U.S. Bancorp and U.S. Bancorp Broad-Based Change in Control Severance Pay Program,

Defendants.

Case No. 02-799 (PAM/SRN)

**ORDER**

Based upon the accompanying Stipulation between the parties and for good cause shown, it is hereby **ORDERED**:

1. The deadline for completing discovery shall end on March 1, 2003.

2. All non-dispositive motions shall be served, filed and fully briefed by March 1, 2003.

3. All dispositive motions shall be served, filed and fully briefed by April 1, 2003.

4. This case shall be deemed ready for trial on June 1, 2003, at which time the case will be placed on the Court's trial calendar.

Dated: November 27, 2002

BY THE COURT:

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

FILED NOV 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Brenda J. Johnson and Patricia K. Ormston,

Plaintiffs,

v.

U.S. Bancorp and U.S. Bancorp Broad-Based Change in Control Severance Pay Program,

Defendants.

Case No. 02-799 (PAM/SRN)

**SCHEDULING STIPULATION**

WHEREAS, this case involves, *inter alia*, Plaintiffs' claims for alleged breach of contract, statutory wages and penalties, and benefits under the U.S. Bancorp Broad-Based Change in Control Severance Pay Program,

WHEREAS, this Court issued a scheduling stipulation dated September 10, 2002 stating that discovery shall be completed by December 1, 2002, that non-dispositive motions shall be fully briefed prior to December 1, 2002, that dispositive motions shall be fully briefed prior to January 1, 2003, and that this case shall be deemed ready for trial by February 3, 2002;

WHEREAS, the parties have a pending dispute concerning the scope of discovery that is appropriate with respect to Plaintiffs' claims for benefits under ERISA and Plaintiffs' common law contract claim, which resulted in Defendants' bringing of a motion for a protective order and Plaintiffs' bringing of a motion to compel discovery, which were argued on September 10, 2002 and remain under advisement with this Court;

WHEREAS, the pending dispute over the scope of discovery with respect to the

NOV 29 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ERISA and the contract claims, which are the principal claims in the case, has rendered it impracticable for the parties to notice or engage in appropriate discovery during the originally scheduled discovery period or for the parties to engage in dispositive motion practice;

WHEREAS, by entering into this stipulation, neither party acknowledges the other party's entitlement to discovery or the proper scope of discovery, but the parties agree to the modification of the discovery deadlines so that the discovery period does not end before the parties have had their respective discovery motions decided and the opportunity to conduct and complete discovery that is appropriate in this matter.

WHEREAS, there is good cause for the extension of the deadlines outlined in the Court's September 10, 2002 Order.

**IT IS HEREBY STIPULATED AND AGREED,** by and between Plaintiffs and Defendants, through their respective undersigned attorneys:

1. Subject to this Court's determination concerning the scope of discovery that is appropriate in this matter, the deadline for completing discovery shall end on March 1, 2003.

2. All non-dispositive motions shall be served, filed and fully briefed by March 1, 2003.

3. All dispositive motions shall be served, filed and fully briefed by April 1, 2003.

4. This case shall be deemed ready for trial on June 1, 2003, at which time the case will be placed on the court's trial calendar.

Dated: November ~~26~~ 27, 2002

THOMAS E. GLENNON &
ASSOCIATES, P.A.

By ______________________________
Thomas E. Glennon #124035
4700 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-1498
Telephone: (612) 347-0426
Attorneys for Plaintiffs

Dated: November ~~26,~~ 27 2002

DORSEY & WHITNEY LLP

By ______________________________
Stephen P. Lucke #0154210
Andrew J. Holly #308171
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Attorneys for Defendants