**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **BRENDA J. JOHNSON AND PATRICIA K. ORMSTON,** | ) | Civil File No. 02-799 (PAM/SRN) |
| Plaintiffs, | ) | |
| v. | ) | **NOTICE OF APPEAL** |
| **U.S. BANCORP AND U.S. BANCORP BROAD-BASED CHANGE IN CONTROL SEVERANCE PAY PROGRAM,** | ) | |
| Defendants. | ) | |

Notice is hereby given that Plaintiffs Brenda J. Johnson and Patricia K. Ormston hereby appeal to the United States Court of Appeals for the Eighth Circuit from the judgment entered in this action on May 28, 2003 pursuant to United States District Court Judge Paul A. Magnuson's Memorandum and Order of that date.

Dated: June 25, 2003

**THOMAS E. GLENNON & ASSOCIATES, P.A.**

By________________________

Thomas E. Glennon, #124035
4700 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 347-0426

**ATTORNEYS FOR PLAINTIFFS**

FILED 6-25-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK MKC

51

# UNITED STATES DISTRICT COURT
## District of Minnesota

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** June 27, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Mary Kaye Conery, Deputy Clerk

**In Re:** District Court Case No.: 02-799 PAM/SRN
Eighth Circuit Case No.:
Case Title: Brenda J. Johnson, et al. v. U.S. Bancorp, et al

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- ☒ Notice of Appeal
- ☒ Order/Judgement appealed from
- ☒ Docket Entries
- ☐ Other:
  - ☒ The statutory filing fee has been paid, receipt # 427944.
  - ☐ The statutory filing fee has been waived:
    - ☐ USA filed appeal
    - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- ☐ Original File(s), consisting of file(s).
- ☒ Two certified copies, and one uncertified copy of updated docket sheet from .
- ☐ Designated Clerk's Record # .
- ☒ Other: Appellant's form A
- ☐ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ____________________

Date Returned to USDC: ____________________

Modified 05/09/03