UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRENDA J. JOHNSON and
PATRICIA K. ORMSTON,

Plaintiffs,

v.

U.S. BANCORP and
U.S. BANCORP BROAD-BASED
CHANGE IN CONTROL SEVERANCE
PAY PROGRAM,

Defendants.

CIVIL NO. 02-799 (PAM/JSM)

ORDER

Defendants' Motion for Attorneys' Fees [Docket No. 52] has been referred to the undersigned by the District Court for a Report and Recommendation pursuant to 28 U.S.C. § 636 (b)(1)(B). The motion has been fully briefed, and the parties have requested oral argument. Since receipt of the submissions of the parties in connection with the motion, the undersigned has learned that this matter is currently on appeal to the Eighth Circuit Court of Appeals.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the hearing and decision on Defendants' Motion for Attorneys' Fees [Docket No. 52] is stayed pending a decision by the Eighth Circuit Court of Appeals. Once a decision has been made by the Eighth Circuit, defendants shall promptly schedule this motion for hearing, if necessary, with the undersigned.

Dated: August 7, 2003

Janie S. Mayeron
JANIE S. MAYERON
United States Magistrate Judge

AUG 08 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK