UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BRENDA J. JOHNSON, et al., CIVIL NO. 02-799 (PAM/JSM)

Plaintiffs,

v. ORDER/NOTICE OF HEARING

U.S. BANCORP, et al.,

Defendants.

On June 27, 2003, defendants' filed a Motion for Attorney Fees [Docket No. 52]. By Order dated August 8, 2003 [Docket No. 59], this motion was stayed pending a ruling by the Eighth Circuit Court of Appeals on plaintiffs' appeal. The Eighth Circuit Court of Appeals issued their Opinion on November 4, 2004, and now defendants' Motion for Attorney Fees [Docket No. 52] is ripe for consideration.

IT IS HEREBY ORDERED:

1. On or before December 28, 2004 defendants may serve and file any supplementation to their Motion for Attorney Fees, not to exceed 10 pages.

2. On or before January 4, 2005 plaintiffs may serve and file any supplemental response, not to exceed 10 pages.

3. The hearing on defendants' Motion for Attorney Fees [Docket No. 52] is scheduled before the undersigned for January 11, 2005 at 10:30 a.m. in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Dated: December 22, 2004

s/ Janie S. Mayeron
JANIE S. MAYERON
United States Magistrate Judge