THOMAS E. GLENNON & ASSOCIATES, P.A.
ATTORNEYS AT LAW
4700 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MINNESOTA 55402

TELEPHONE (612) 347-0426
FACSIMILE (612) 371-4322

January 4, 2005

**HAND DELIVERED**

Clerk of Court
United States District Court
700 Federal Courts Building
316 North Robert Street
St. Paul, MN 55101

RECEIVED
JAN - 4 2005
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

RE: Brenda J. Johnson and Patricia K. Ormston v. U.S. Bancorp and U.S. Bancorp Broad-Based Change in Control Severance Pay Program
Civil File No. 02-799 (PAM/JSM)

Dear Sir or Madam:

I am enclosing for filing the original copy and one duplicate copy of Supplemental Memorandum of Law in Opposition to Defendants' Motion for Attorneys' Fees (with appended Certificate of Service) in the above-referenced action. Please note that the accompanying Supplemental Memorandum of Law is submitted on behalf of Plaintiffs Brenda J. Johnson and Patricia K. Ormston in opposition to Defendants' motion for an award of attorneys' fees, which motion is scheduled for hearing before the Honorable Janie S. Mayeron on Tuesday, January 11, 2005 at 10:30 a.m. in this action. I would be pleased to discuss any questions you have regarding the accompanying documents and/or any other aspect of this action. Thank you for your assistance.

Very truly yours,

THOMAS E. GLENNON & ASSOCIATES, P.A.

Thomas E. Glennon

TEG/jam
Enclosures

cc: Stephen P. Lucke, Esq.
Ms. Brenda J. Johnson McCready
Ms. Patricia K. Ormston

SCANNED
JAN - 4 2005
U.S. DISTRICT COURT MPLS