# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Brenda Johnson, et al.,
Plaintiff(s),
v.

U.S. Bancorp, et al.,
Defendant(s).

**COURT MINUTES**
BEFORE: Janie S. Mayeron
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | Civil 02-799 (PAM/JSM) |
| Date: | January 11, 2005 |
| Court Reporter: | Cindy M. Trattles |
| Tape Number: | 88/1784 to 88/2142 |
| Time Commenced: | 10:30 |
| Time Concluded: | 11:00 |
| Time in Court: | 30 Minutes |

APPEARANCES:

For Plaintiff: Tom Glennon
For Defendant: Andrew Holly

Interpreter / Language: NA

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Defendant's Motion for Attorney Fees [Docket No. 52]-**Taken under advisement**.

Motions taken under advisement as of: January 11, 2005

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/sgk
Signature of Law Clerk