UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brenda J. Johnson, et al., Civil No. 02-799 (PAM/JSM)

Plaintiffs,

v. **ORDER**

U.S. Bancorp, et al.,

Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 13, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Defendants' Motion for Attorney Fees (Docket No. 52) is **DENIED**.

Dated: July 5, 2005

s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge